# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 25, 2016

150789

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                                             SC: 150789
                                                             COA: 315027
                                                             Wayne CC: 12-010051-FH

CHARLES JEROME DOUGLAS,
     Defendant-Appellant.

_____/

       On March 9, 2016, the Court heard oral argument on the application for leave to appeal the August 7, 2014 judgment of the Court of Appeals. On order of the Court, the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 25, 2016



Clerk

p0511